ORDER

**TOWN OF TIVERTON**

v.

**Francis W. McGREAVY et al.**

**No. 81–287–M.P.**

Supreme Court of Rhode Island.

June 25, 1981.

Corcoran, Peckham & Hayes, P. C., Kathleen Managhan, Patrick O'N. Hayes, Jr., Newport, for petitioner.

Thomas Brady, Tiverton, for respondents.

The petition for writ of certiorari is denied.

KELLEHER, J., is of the opinion that the petition should be granted in light of *Lindberg's Inc. v. Zoning Board of East Providence*, 106 R.I. 667, 262 A.2d 628 (1970).